**RECEIVED**

JUL 11 2024

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

DMAP Pro Se: EEOO Complaint

## United States District Court
Click here to enter text.

Tasha M. Lipsey

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The University Of Mississippi

The Department of Communications

**Case No.** 3:24-cv-201-GHD-RP
(To be filled out by Clerk's
Office only)

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I.    PARTIES

**Plaintiff**

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:

| | | |
|---|---|---|
| Lipsey, Tasha Marion | | |
| Name (Last, First, MI) | | |
| 656 CR 225 | | |
| Street Address | | |
| Lafayette, Oxford | MS | 38655 |
| County, City | State | Zip Code |
| 662-701-7944 | lipseyfamily3@outlook.com | |
| Telephone Number | E-mail Address (if available) | |

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

**Defendant 1:**

| | | |
|---|---|---|
| The University of Mississippi | | |
| Name (Last, First) | | |
| 2301 S. Lamar Blvd., NE STE 1200 | | |
| Street Address | | |
| Lafayette, Oxford | MS | 38655 |
| County, City | State | Zip Code |

Nature of business: The Department of Communications Speech and Hearing Clinic

**Defendant 2:**

| | | |
|---|---|---|
| | | |
| Name (Last, First) | | |
| | | |
| Street Address | | |
| | | |
| County, City | State | Zip Code |

Nature of business:

## II.    CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☒    **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐    **Age Discrimination in Employment Act of 1967**, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: _____.

☐    **Rehabilitation Act of 1973**, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐    **Americans with Disabilities Act of 1990**, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of a disability.

☐    Click here to enter text.

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III.    STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply):*

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☒ termination of my employment | 11/06/2023 | Oxford, MS |
| ☐ failure to promote me | | |
| ☐ failure to accommodate my disability | | |
| ☒ terms and conditions of my employment differ from those of similar employees | 06/21/2021- 11/06/2023 | Oxford, MS |
| ☒ retaliation | 1/1/2022-11/06/2023 | Oxford, MS |
| ☒ harassment | 09/15/2023- 11/06/2023 | Oxford, MS |
| ☒ other (*specify below*): Defamation of Character, Medical Distress on | | |

My Family and I, Financial Strain, My Freshman in College was forced to have to drop out because of financial hardship and I was unable to see the medical and mental care needed for PTSD caused by the trauma that this caused. My husband suffered a heart attack in 02/2024 due to the stress and strain placed upon him throughout the duration of my employment that became increasingly worse after the termination of my employment.    Page 3 of 5

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☒ race      ☐ religion      ☐ national origin      ☐ age (year of

☒ color      ☐ sex      ☐ disability      birth:_____

**Facts**

*State here briefly the specific facts that support your claim:*

Through the duration of my employment, I was treated unlawfully differently than others based on my race. My initial job requirements differed from those being hired of the opposite race, I was not trained, I faced harsher punishment, I falsely accused, I was not trusted to perform all of the duties that my job required. Employees of the opposite race were allowed to break processes that I put in place to improve the job that ensured consistency, accuracy and customer satisfaction, I was blamed and punished for the errors cause by poor work performance of the employees that I was to lead and oversee. If reported the errors to my superior of an employee that I was to lead and oversee the work of my job became harder and I was questioned and had to show proof instead as if I was being untruthful even after proof of the error my job would become harder because I reported the errors. Whatever I report would then be assigned to me. The employee of the opposite race never faced any consequences. I would then be blamed for lack of training, lack of professionalism, poor written and verbal communication, poor body language and being overly aggressive. SEE ATTACHED

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☒      Yes *(You must attach a copy of the charge to this complaint.)*

☐      No

Have you received a Notice of Right to Sue from the EEOC?

☒      Yes *(You must attach a copy of the Notice of the Right to Sue.)*

☐      No

## V. RELIEF

The relief I want the court to order is *(check only those that apply)*:

☐      Direct the defendant to hire the plaintiff

☐      Direct the defendant to re-employ the plaintiff

☐      Direct the defendant to promote the plaintiff.

☐      Direct the defendant to reasonably accommodate the plaintiff's religion

☐      Direct the defendant to reasonably accommodate the plaintiff's disabilities

☒      Direct the defendant to *(specify)*: pay for the violation of my Title VII rights as an African American employee. I want to be compensated moniterily for all suffering this caused me and my family. I request the years worth of payment that is owed to me for the multiple positions and excessive assignments added to my job as result. Firing of Bradley Crowe

for retaliating against me for excercisung my right to address the concerns. I also want to be compensated financially.

I want finacial compensation for defamation of my character across the University and coworkers. This influenced the way others felt about me and cause them to be untruthful, avoid me and not value me.

Continuation of Statement to supporting facts

After learning that I reported my concern of being racially discriminated against Bradley Crowe and the other superiors started using retaliatory tactics. My work environment became hostile. They harassed me. I was micro-managed and scorned for everything they could find. I was intimidated, taken into meetings, and interrogated. My work was criticized. My workload was three times what it was supposed to be, and I was still responsible for my job. My job included keeping the financial reports done and making the deposits daily. I asked for overtime and informed them it was impossible to keep up. I requested overtime and was denied. They refused to hire anyone. This was planned so that I would fall behind so that they could have a reason to fire me.

I was wrongfully terminated directly resulting in the conditions that they intentionally created including the false accusations that had been documented prior.     While enduring the daily discrimination and retaliation I begin to suffer with my blood pressure, increased migraine headaches, increased anxiety, depression emergency cardiac symptoms. I made several visits and encounters with emergency services. My husband and children were also affected by the discriminatory practices. My husband suffered a heart attack. During my employment, I paid monthly for critical illness and hospitalization benefits that would have paid $ 30,000 and additional benefits for each day he spent in the hospital. To come home daily and put excessive worry and strain on him. When I was wrongfully terminated his health decline worsened and resulted in a heart attack. My children also suffered emotionally. My husband is disabled and does not work. I am the sole provider. My oldest son was a first-year student at college in Alabama and due to financial hardship, he was forced to quit abandoning the lease agreement. I was unable to feed my family. Meals were missed. I could afford to cook Thanksgiving dinner. We didn't have Christmas. My health insurance, dental, and vision insurance lapsed. I had the opportunity to continue it through COBRA, however, I was unable to afford to buy it. I couldn't see my physician for the care that I needed. I could not afford to buy my medication. My husband and son were covered by my dental and vision insurance. We all needed to see the dentist but were unable to pay for the visit because the dental problems persisted. I am suffering from PTSD, worsened anxiety, and depression because of all that I endured. I could not afford mental health treatment. I fell behind on my bills. My charter was defamed. My coworkers avoided me, especially in the presence of Bradley Crowe. They had been told untrue things and it changed their perception of me. The day that I was fired all my coworkers were allowed to stand in the hallway and watch me get fired. My sister was present and witnessed this.

 The University has a policy in place that is zero tolerance to racial discrimination. It also protects the employees who report racial discrimination from facing retaliation. However, the University of Mississippi did not provide a workplace free from racial discrimination. The same policy that was to protect me from facing retaliation for reporting racial discrimination was not followed. I am asking that the courts find the University of Mississippi guilty and compensate me for this unlawful treatment. My family and I have suffered greatly.

Right to Sue letter was sent snail mail. The EEOC'S portal read that they actually mailed the notice on 3/29/2024. I recieved the notice around 4/15/2024. ~~The EEOC's portal~~ I had requested that my email address be changed. However the EEOC failed to do so causing me to be unable to access the portal. I can now access the portal after figuring out that my email (Login was never changed) However my access to the

## VI. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

7/7/2024

Dated

Plaintiff's Signature

652 CR 305
Oxford, MS 38655

Lipsey, Tasha M

Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*