UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TASHA M. LIPSEY                                                                                        PLAINTIFF

vs.                                                                            Civil No. 3:24-cv-201-GHD-RP

THE UNIVERSITY OF MISSISSIPPI and
THE DEPARTMENT OF COMMUNICATIONS                                               DEFENDANTS

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Pursuant to an opinion issued this day, it is hereby **ORDERED** Defendants the University of Mississippi and its Department of Communication Sciences and Disorders's Motion to Dismiss [7] is **GRANTED**. As a result, Plaintiff Lipsey's claims are **DISMISSED**.

**SO ORDERED AND ADJUDGED,** this the 15th day of October, 2024.

_____
SENIOR U.S. DISTRICT JUDGE